■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARY DONAWA, Appellant. [652 NYS2d 998] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Beldock, J.), rendered April 10, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court correctly applied the three-step analysis in addressing the prosecutor's reverse-*Batson* application following defense counsel's exercise of peremptory challenges against nine white prospective jurors *(see, Batson v Kentucky,* 476 US 79; *People v Kern,* 75 NY2d 638; *People v Richie,* 217 AD2d 84). Furthermore, the court properly disallowed two of the peremptory strikes after determining that defense counsel's facially race-neutral reasons for challenging those two prospective jurors constituted merely a pretext offered in an effort to conceal a racially discriminatory intent *(see, People v Payne,* 88 NY2d 172; *People v Hernandez,* 75 NY2d 350; *People v Waldo,* 221 AD2d 390; *People v Watson,* 216 AD2d 596; *People v Stiff,* 206 AD2d 235).

The defendant's remaining contention is without merit. Miller, J. P., Santucci, Joy and Krausman, JJ., concur.